STATE, *ex rel.* SCHENLEY DISTRIBUTORS, INC., v. THE CIVIL COURT OF RECORD, DUVAL COUNTY, BURTON BARRS, as Judge of said Court, and ALLEN MUSTARD.

188 So. 99.

Opinion Filed April 10, 1939.

*J. H. Markham* and *Adair, Cooper, Osborne & Copp,* for Relators;

*Burton Barrs* and *Evan Evans,* for Respondents.

PER CURIAM.—The case at bar is ruled by the case of The State of Florida on the Relation of Schenley Distributors, Inc., a corporation, v. The Civil Court of Record of Duval County, Florida, Burton Barrs, as Judge of said Court, and B. B. Anderson, this day decided.

Therefore the petition for a writ of prohibition as prayed for is hereby denied.

It is so ordered.

TERRELL, C. J., and WHITFIELD, BROWN, BUFORD, CHAPMAN and THOMAS, J. J., concur.